```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 11542
   TERRELL BROWN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1848
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     The case was filed on 06/28/2007 and was confirmed 09/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.43%.

     The case was converted to chapter 7 after confirmation 12/21/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FIRST FRANKLIN LOAN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN LOAN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN LOAN | SECURED NOT I | .00 | .00 | .00 |
| FIRST FRANKLIN LOAN | SECURED NOT I | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED NOT I | 73.81 | .00 | 73.81 |
| AMERICREDIT FINANCIAL SV | SECURED VEHIC | 19933.23 | 159.45 | 1672.59 |
| AMERICREDIT FINANCIAL SV | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 34685.90 | 277.28 | 2738.72 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF HEALTHCARE & | NOTICE ONLY | NOT FILED | .00 | .00 |
| ADT SECURITY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 317.37 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | NOT FILED | .00 | .00 |
| RCN | UNSECURED | NOT FILED | .00 | .00 |
| SAFECO INSURANCE CO OF A | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT CO LLC | SECURED NOT I | 2690.38 | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 10229.99 | .00 | 594.23 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 741.26 | .00 | 24.72 |
| AMERICREDIT FINANCIAL SV | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3693.61 | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 402.38 |
| DEBTOR REFUND | REFUND | | | 692.82 |

         Summary of Receipts and Disbursements:
---
                        RECEIPTS         DISBURSEMENTS
---

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11542 TERRELL BROWN

```
TRUSTEE                                     6,636.00

PRIORITY                                                         .00
SECURED                                                     5,104.07
    INTEREST                                                  436.73
UNSECURED                                                        .00
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                          402.38
DEBTOR REFUND                                                 692.82
                                        ----------------  ----------------
TOTALS                                      6,636.00        6,636.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 11542 TERRELL BROWN